# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Curtis A. Witherspoon,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioners, | ) | 1:15-cv-00230-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of North Carolina,** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2015 Order.

October 13, 2015

*[signature]*

Frank G. Johns, Clerk
United States District Court